Certificate Number: 15317-KYW-DE-039885129

Bankruptcy Case Number: 25-40256



15317-KYW-DE-039885129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2025, at 6:46 o'clock PM PDT, Shelby A Ambs completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Kentucky.

Date: July 18, 2025

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor